UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MAGISTRATE CASE NO. 10MJ3718

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18, U.S.C., Sec. 2422(b) - Enticement of a Minor |
| BRIAN PAUL PARKENT, | Title 18, U.S.C., Sec. 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

### Count One

On or about and between February 2010 to on or about October 24, 2010, within the Southern District of California, and elsewhere, the defendant BRIAN PAUL PARKENT using a facility and means of interstate and foreign commerce, including the mail and by computer, did knowingly persuade, induce, entice, and coerce, a minor, E. E. R., to engage in unlawful sexual activity for which a person could be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### Count 2

In or about October 22, 2010, within the Southern District of California and elsewhere, defendant BRIAN PAUL PARKENT, did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct (as defined by Title 18, United States Code, Section 2423(f)), with another person, to wit: from Maryland to California to meet E. E. R., in violation of Title 18, United States Code, Section 2423(b).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
ANTHONY TORRES
Special Deputy, US Marshal

Sworn to me and subscribed in my presence this _10_ day of November, 2010.

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge

**STATEMENT OF FACTS**

I am a Peace Officer currently employed by the San Diego Sheriff's Department (hereafter SDSD) and have been so employed for over 25 years. I am currently assigned to the Internet Crimes Against Children (I.C.A.C.) Task Force and have been so assigned for the over the past five years. I am cross-sworn as a Special Deputy U.S. Marshal. This complaint is based on my own investigation as well as information received from fellow SDSD detectives and other law enforcement officers.

On October 24, 2010, at approximately 1850, Randall R., father of 14 year old E. E. R., contacted law enforcement after he had confronted twenty one year old Brian Paul PARKENT at the Best Western located at 10726 Woodside Avenue in Santee. E. E. R. had previously informed her father that she had a slumber party the entire weekend from October 22, 2010 until October 24, 2010, but on October 24, 2010, she informed her father that she had been staying at the Best Western in room #308 with PARKENT. Randall R. went to room #308 at the Best Western to confront PARKENT, after which he called police.

On October 24, 2010, Detective Licudine interviewed E. E. R. She stated that she and PARKENT met in February 2010 on a Social Networking chat cite called IMVU. E. E. R. was only thirteen years old when she met PARKENT. E. E. R. disclosed her true age to PARKENT, and he was aware of his true age. PARKENT and E. E. R. began "on line dating" sometime in March 2010. They communicated through cell phone text messages, email, and social networking cites.

In June 2010, E. E. R. received a picture message from PARKENT of his erect penis, and she sent him full body nude picture messages of herself in return. PARKENT requested she send him photographs of her masturbating instead. E. E. R. believes she sent PARKENT approximately twenty nude pictures of herself and several pictures where she was masturbating. PARKENT discussed coming to Santee, California to meet E. E. R. He sent her multiple messages discussing the "perverted things" he was planning to do with her.

In October 2010, PARKENT flew from his residence in Maryland to San Diego, California, and he rented a motel room approximately one mile from E. E. R.'s residence at the Best Western. He met halfway between E. E. R.'s residence and the motel at approximately 1600 Friday afternoon, October 22, 2010. They stayed in hotel room #308 together Friday afternoon through Sunday. E. E. R. stated that they had sexual intercourse approximately 10 times that weekend.

Sheriff Deputy Yanchus read PARKENT his <u>Miranda</u> rights. PARKENT responded that he did not have much to say, and then he proceeded to explain his relationship with E. E. R. and the weekend events. He provided the same facts as E. E. R. regarding traveling to San Diego for the weekend to stay in the Best Western with E. E. R. He admitted to giving and receiving oral sex, having vaginal intercourse, and digitally penetrating E. E. R. vagina with his fingers during that weekend. PARKENT advised he sent approximately twenty six nude pictures of himself to E. E. R. to include photos of his erect penis and photos of him masturbating for the purpose of sexual arousal. He admitted to requesting and receiving nude pictures from E. E. R. including her masturbating.