

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>BRIAN PAUL PARKENT,<br><br>        Defendant. | Case No. 10CR5105-DMS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 2422(b) - Enticement of Minor |

The United States Attorney charges:

On or about and between February 2010 to on or about October 24, 2010, within the Southern District of California, and elsewhere, the defendant BRIAN PAUL PARKENT using a facility and means of interstate and foreign commerce, including by computer, did knowingly persuade, induce, entice, and coerce, a minor, E.E.R., to engage in unlawful sexual activity for which any person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

DATED: December 23, 2010.

LAURA E. DUFFY
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney