~~NOT FOR PUBLIC VIEW~~

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 JAN -4 AM 9:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**BRIAN PAUL PARKENT**

**WARRANT FOR ARREST**

BY: _____ DEPUTY

CASE NUMBER: **10MJ3718**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST: **Brian Paul Parkent**
Name

and bring him forthwith to the nearest magistrate to answer an

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him with: (brief description of offense)

**ENTICEMENT OF A MINOR AND TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT**
in violation of: **TITLE 18, UNITED STATES CODE, SECTIONS 2422(b) and 2423(b)**

Cathy Ann Bencivengo
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

November 10, 2010 San Diego, California
Date and Location

Bail Fixed at $ _____

by _[signature]_
Name of Judicial Officer

DATE: 11/23/10
ARRESTED BY: STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _[signature]_

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J         SD Sheriff         6410
                    ICAC